IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION NO. 04-47 |
| v. | : | |
| YUSEF HOWARD | : | CIVIL ACTION NO. 11-6352 |

## ORDER

**AND NOW**, this 5th day of November, 2013, upon consideration of Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Criminal Docket No. 64), all documents filed in connection therewith, and the evidentiary hearing held on September 11, 2013, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DENIED**.

2. As Defendant has failed to make a substantial showing of the denial of a constitutional right, there is no basis for the issuance of a certificate of appealability.

3. The Clerk is directed to **CLOSE** Civil Action No. 11-6352.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.